# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1454
_____

DWAYNE HOBY FAULKNER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Lance E. Neff, Judge.


April 13, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dwayne Hoby Faulkner, Jr., pro se, Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.